Filing # 111933251 E-Filed 08/17/2020 04:31:35 PM

IN THE CIRCUIT COURT OF THE
EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

Case No.:

WANDA RODRIGUEZ and
NELSON RODRIGUEZ,
     Plaintiffs,

v.

WINNEBAGO INDUSTRIES, INC.,
     Defendant.
                               /

## COMPLAINT AND JURY DEMAND

The Plaintiffs, WANDA RODRIGUEZ and NELSON RODRIGUEZ, (hereinafter "Plaintiffs"), by and through the undersigned counsel, file this Complaint and sue the Defendant, WINNEBAGO INDUSTRIES, INC., (hereinafter "Manufacturer"), for violations of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 et al. (hereinafter "MMWA"), for defects associated with a 2019 Winnebago Intent, VIN: 1F65F5DY0K0A04895 (hereinafter "RV" or "subject RV") which was warranted by Manufacturer, and sold by Manufacturer's authorized sales dealership, La Mesa RV Center, Inc.

## STATEMENT OF JURISDICTION AND VENUE

1.     The amount in controversy DOES exceed THIRTY THOUSAND DOLLARS ($30,000) exclusive of interest and costs.

2.     Defendant Manufacturer is a foreign corporation authorized to conduct business in the State of Florida, and at all times material hereto was engaged in the regular practice of warranting and servicing RVs in Seminole County, Florida.

3.     La Mesa RV Center, Inc. is a foreign corporation authorized to conduct business in the State of Florida, and at all times material hereto was engaged in the regular practice of selling RVs in Seminole County, Florida.

<u>FACTS</u>

4.     On or about July 14, 2019, Plaintiffs purchased the RV at a total sale price of $151,132.00, which was the total cash price including tax, title, fees and finance charges. See Exhibit "A", attached hereto.

5.     To acquire the RV, Plaintiffs tendered a $8,000.00 cash down payment, and financed the resulting balance.

6.     Along with the purchase of the RV, Plaintiffs received an express warranty from Manufacturer.[1]

7.     Specifically, the relevant terms of the warranty were as follows:

(a) Manufacturer's 1-year/15,000-mile basic limited warranty covered the RV.

(b) Manufacturer's 3-year/36,000-mile limited warranty covered the structure of the RV.

(c) Manufacturer promised to repair defects and replace defective parts within the specified time frame above, through its own authorized servicing agents as defined in the express warranty.

8.     Plaintiffs have taken the RV to Manufacturer's authorized servicing agents, pursuant to the warranty, a combined total of at least three (3) times for repairs of defects and/or defective parts, including complaints about the performance of the

---

1. A copy of the warranty is not attached. However, it is believed to be in Manufacturer's possession and will be requested during discovery.

RV's heat shields, interior and exterior trim, electrical system, and body, which are component parts that are covered under the express warranty. See Composite "B", attached hereto.

9.  A summary of said repairs is as follows:

| DATE | DAYS | MILE | RO# | COMPLAINT |
|------|------|------|-----|-----------|
| 7/31/19 | 1 | 2,782 | 60790 | **Heat Shield:** Customer states towed to Larson Ford. RV broke down. Heat shield that was welded broke off and fell on chassis causing a loud rattle sound. One heat shield broke loose and rear shield is loose. When riding in passenger side extreme heat coming into RV. Temporary clamp installed for transport. Advise. (Verified shield on body pass floorboard is loose. Exhaust is loose, rattling. Refer to body conversion company for repair). |
| 9/3/19 | 24 | 3,388 | 6046099 | **Heat Shield:** Customer states getting heat in unit from muffles, panels modified by Winnebago so Ford will not touch. (Tech found the 2 front heat shields on the passenger side over the exhaust had broken the spot welds allowing them to hang down and contact the exhaust. The tech clamped the shield into the correct position and then used a mig welder to secure them into the correct position). |
| | | | | **Window:** Customer states driver side window won't slide all the way to secure with lock. (Moved to RO 6046448). |
| | | | | **Air Conditioner:** Customer states when rear vents are on cust gets a lot of saw dust on the bed. (Moved to RO 6046448). |
| | | | | **Door:** Customer states door swings open. Cust believes rod broke. (Moved to RO 6046448). |

**Trim:** Customer states near outside refrigerator, left corner, the rubber or cover is too short, wood exposed. (Moved to RO 6046448).

**Leveling Jacks:** Customer states jack level needs to be recalibrated. (Moved to RO 6046448).

**Dash:** Customer states front dash loose vibrates bad when driving. (Moved to RO 6046448).

**Trim:** Customer states molding around the inside TV area constantly slipping out of place. (Moved to RO 6046448).

**Radio:** Customer states radio does not work. Can't get signal. (The tech found that the radio had no reception on any of the stations. The tech removed the factory and used a test antenna and had all available stations. Tech inspected the radio antenna and the wire going from the radio up to the antenna. Tech found that the wire had a break/fault in it. If you would grab the wire at the right spot and twist it reception would be restored. Tech removed the old faulty wire and replaced it with a new factory supplied wire and antenna. Tech had to run the wire up under the dash, up the A pillar and into the top overhead compartment finally reaching the antenna base. Tech then checked the system and reports all local stations are coming in very clear).

**Bed:** Customer states bunk bed above does not retract all the way and rattles when driving. (Moved to RO 6046448).

**Waste System:** Customer states check waste system. Cust states smells in unit. (Moved to RO 6046448).

4

| 9/26/19 | 37 | 3,389 | 6045448 |

**Window:** Customer states driver side window won't slide all the way to secure with lock. (Tech found that the slide channel for the window glass was collapsed not allowing the window to go all the way into the channel. Tech states window assembly needs to be replaced. Tech replaced the window by removing the inner window trim and also parts of the dash where the window screws were blocked by the dash. Tech then reinstalled using sealing tape and silicone on brow).

**Air Conditioner:** Customer states when rear vents are on cust gets a lot of saw dust on the bed. (Tech reports this is normal and some dust/debris will come out of the vents when the A/C is on).

**Door:** Customer states door swings open. Cust believes rod broke. (Tech applied Loctite and rethreaded dampening rod to correct the concern).

**Trim:** Customer states near outside refrigerator, left corner, the rubber or cover is too short, wood exposed. (Tech found that the rubber trim was pushing on the wall causing it to separate. Tech installed screw on the back side of the wall to support the force of the rubber trim).

**Leveling Jacks:** Customer states jack level needs to be recalibrated. (Tech found that the jacks would not level the coach. Tech completed a zeo point calibration to the leveling system. Tech notes that for best results the customer should also use leveling blocks).

**Dash:** Customer states front dash loose vibrates bad when driving. (Secured).

**Trim:** Customer states molding around the inside TV area constantly slipping out of place. (Tech found the trim was loose on corner of wall at the tv. Tech installed trim nails in the corner to secure the wall).

**Bed:** Customer states bunk bed above does not retract all the way and rattles when driving. (Tech found that the bed was not retracting all the way causing noise while driving. The tech traced the issue to a voltage drop coming from the power panel going up the raise and lower relay in the driver's side overhead locker. Tech was unable to remedy the condition due to time constraints and Winnebago tech support system being down).

**Waste System:** Customer states check waste system. Cust states smells in unit. (Could not duplicate smell issue).

10.   Following the third unsuccessful repair attempt, on or about November 25, 2019, and consistent with the terms of Manufacturer's warranty, Plaintiffs delivered written notice to Manufacturer requesting additional repairs pursuant to the warranties. See Exhibit "C", attached hereto.

11.   Unfortunately, Manufacturer did not offer to participate in further repairs or otherwise resolve the warranty dispute.

12.   Manufacturer's authorized servicing agent(s) further contacted Manufacturer and afforded Manufacturer one or more direct opportunities to conduct repair attempts.

13.   At all times material Manufacturer was aware of the RV's problems and unrepaired defects.

6

14. Further, Manufacturer was afforded numerous opportunities to repair the RV through its authorized servicing agent(s) under the warranty. See Composite Exhibit "B".

15. Despite at least three (3) repair attempts and sixty-two (62) days out of service, the RV continues to experience the same problems and failures as described in the repair history.

16. The problems and failures with the RV's factory-installed heat shields, interior and exterior trim, electrical system, and body were the direct result of one or more failures with Manufacturer-supplied materials and workmanship.

17. As a result, the RV's use, value, and safety have been significantly impaired.

18. Manufacturer's inability or refusal to perform warranty repairs is in derogation of Manufacturer's obligations and promises to Plaintiffs under the express warranty.

## COUNT I
## BREACH OF EXPRESS WARRANTY UNDER MMWA, 15 U.S.C. § 2310(d)(1)

19. Plaintiffs incorporate and adopt paragraphs 1 to 18 as though fully set forth herein.

20. Plaintiffs are "consumers" as defined in the MMWA, 15 U.S.C. § 2301(3).

21. The RV is a "consumer product" as defined in the MMWA, 15 U.S.C. § 2301(1).

22. The RV was manufactured and purchased after July 4, 1975.

23. The express written warranty is a "written warranty" as defined in the MMWA, 15 U.S.C. § 2301(6).

24. Manufacturer is a "supplier" and "warrantor" as defined in the MMWA, 15 U.S.C. § 2301(4), (5).

25. The RV's failures are the direct result of multiple defects in manufacturing workmanship or materials;

26. The above-described failures and issues could not reasonably have been discovered by Plaintiffs prior to Plaintiffs' purchase of the RV.

27. The express written warranty was part of the basis of the bargain of the contract, upon which Plaintiffs relied, for the purchase of the RV.

28. The RV has not been properly repaired under such express warranty and continues to be in a defective condition through no fault of Plaintiffs;

29. Manufacturer's failure or refusal to adequately repair the RV is a breach of the express warranty.

30. The express warranty has failed of its essential purpose;

31. As a result of Manufacturer's breach, Plaintiffs have suffered expenses, losses, and damages;

32. Unlike other consumer goods, the RV naturally depreciated the moment after Plaintiffs purchased the RV, and has continued to depreciate thereafter, all through no fault of Plaintiffs;

33. At the time of purchase, Plaintiffs did not intend to trade or sell the RV until Plaintiffs had enjoyed use of the RV for many years.

34. Plaintiffs are now faced with the reality that Manufacturer cannot or will not adequately repair the RV, or in the alternative, the RV has been subject to an unreasonable number of repair attempts.

35. Part of the RV's purchase price was so Plaintiffs could enjoy and maximize the "new RV experience" that was promised by Dealer and Manufacturer.

36.   The unrepaired defects and problems with the RV took away from and diminished such experience from Plaintiffs.

37.   Plaintiffs seek recovery of special damages which include the difference between the RV's total sale price minus the value that Plaintiffs could, or would receive upon selling or trading the RV.

38.   In the alternative, Plaintiffs seek to recover the difference between the value of the RV as delivered and as accepted on the date of purchase.

39.   Currently, there is no market for brand new, defective RVs, which is in large part due to the instantaneous depreciation of RVs as described above.

40.   As a result, the difference in value between Plaintiffs' RV as accepted and delivered on the date of sale cannot be calculated with certainty, which makes the award of special damages appropriate.

41.   All conditions precedent prior to bringing this action have occurred, have been performed, or have been waived.

WHEREFORE, Plaintiffs pray that judgment be entered against Manufacturer:

A.  For special damages in the amount of the difference between the value of the RV as promised and the depreciated value of the RV;

B.  For the difference in value of the RV as promised and as actually delivered;

C.  For actual, incidental, equitable, and consequential damages;

D.  For costs, interest and actual attorneys' fees pursuant to 15 U.S.C. § 2310(d)(2); and

E.  For such other relief this Court deems appropriate.

## JURY TRIAL DEMAND

42.     Plaintiffs hereby demand trial by jury.

DATED: 8/17/20                          Respectfully submitted,

                                        Cremeens Law Group PLLC

                                        /s/ Samantha A. Koempel
                                        Patrick J. Cremeens, Esq.
                                        Fla. Bar No. 0025848
                                        Jeanne M. Cremeens, Esq.
                                        Fla. Bar No. 0026007
                                        Samantha A. Koempel, Esq.
                                        Fla. Bar No. 1018865
                                        5100 West Kennedy Boulevard, Suite 270
                                        Tampa, Florida 33609
                                        Phone (813) 839-2000 / Fax (813) 839-3500
                                        Primary e-mail:  admin@cremeenslaw.com
                                        Attorneys for Plaintiffs, Wanda Rodriguez
                                        and Nelson Rodriguez

# EXHIBIT "A"

## RETAIL INSTALLMENT SALE CONTRACT - SIMPLE FINANCE CHARGE
### (WITH ARBITRATION PROVISION)

Dealer Number: _____     Contract Number: _____     7/11/2019

| Buyer Name and Address | Co-Buyer Name and Address | Seller-Creditor (Name and Address) |
|---|---|---|
| NELSON R RODRIGUEZ | WENDY RODRIGUEZ | LA MESA RV CENTER, INC (FLORIDA) |
| SANFORD FL 32771 | SANFORD FL 32771 | 8441 ORANGE BLVD |
| | | SANFORD FL 32771 |
| Buyer's Birth Month: | Co-Buyer's Birth Month: | |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller-Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis at the Base Rate of _____ % per year. The Truth-In-Lending Disclosures below are part of this contract.
You have thoroughly inspected, accepted, and approved the vehicle in all respects.

| New/Used/Demo | Year | Make and Model | Weight (lbs) | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| New | 2019 | WINNEBAGO INTENT | 18000 | _____ | Personal, family, or household unless otherwise indicated below □ business □ agricultural □ N/A |

You agree that we advised you whether, based on seller's knowledge, the vehicle was titled, registered, or used as a taxicab, police vehicle, short term rental or is a vehicle that is rebuilt or assembled from parts, a kit car, a replica, a flood vehicle, or a manufacturer buy-back.

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ _____ |
|---|---|---|---|---|
| 6.54 % | $ 61857.83 | $ 81674.17 | $ 143532.00 | $ 151532.00 |

### Your Payment Schedule Will Be:      (e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 180 | 565.95 | Monthly beginning 09/25/2019 |
| N/A | N/A N/A | |

Or As Follows: N/A

Late Charge. If payment is not received in full within ___10___ days after it is due, you will pay a late charge of $ ___ % of each installment.
Prepayment. If you pay off all your debt early, you may have to pay a penalty.
Security Interest. You are giving a security interest in the vehicle being purchased.
Additional Information: See this contract for more information including information about nonpayment, default, prepayment penalties, any required repayment in full before the scheduled date and security interest.

Insurance. You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below. Your choice of insurance providers will not affect our decision to sell you the vehicle or extend credit to you.
If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:
#### Optional Credit Insurance
□ Credit Life  □ Buyer  □ Co-Buyer  □ Both
Term  N/A
□ Credit Disability  □ Buyer  □ Co-Buyer  □ Both
Term  N/A
Premium:
Credit Life $ _____ N/A
Credit Disability $ _____ N/A
Insurance Company Name  N/A
Home Office Address  N/A
N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments.

If the box above is checked to indicate that you want credit life insurance, please read and sign the following acknowledgments:
1. You understand that you have the option of assigning any other policy or policies you own or may procure for the purpose of covering this extension of credit and that the policy need not be purchased from us in order to obtain the extension of credit.

X _____ ___ N/A _____
Buyer                              Date
X _____ N/A
Co-Buyer                           Date
2. You understand that life coverage may be deferred if, at the time of application, you are unable to engage in employment or unable to perform normal activities of a person of like age and sex. You need not sign this acknowledgement if the proposed credit life insurance policy does not contain this restriction.

### ITEMIZATION OF AMOUNT FINANCED
1. Cash Price (including $ _____ sales tax) ........................... $ _____ (1)
2. Total Downpayment =
   Gross Trade-In Allowance ............ $ _____
   Less Pay-Off Made By Seller ......... $ _____
   Equals Net Trade-In ................. $ N/A
   + Cash .............................. $ _____
   + Other _____ .................... $ _____
   (If total downpayment is negative, enter "0" and see 4J below) ... $ _____ (2)
3. Unpaid Balance of Cash Price (1 minus 2) ............................ $ _____ (3)
4. Other Charges Including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):
   A. Cost of Optional Credit Insurance Paid to Insurance
      Company or Companies
      Life ............................ $ _____

☐ **VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance).** If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI insurance is obtained. If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ _____ and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract:
You authorize us to purchase Vendor's or Lender's Single Interest Insurance.

| Type of Insurance | Term |
|---|---|
| Premium $ | N/A |
| Ins. Co. Name & Address | N/A |

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X _____
Buyer Signature          Date

X _____
Co-Buyer Signature        Date

Buyer Signs X _____  Co-Buyer Signs X _____  Date: _____

| Trade-In Vehicle | | Trade-In Vehicle | |
|---|---|---|---|
| Year | Make | Year | Make |
| Model | | Model | |
| VIN | | VIN | |
| Gross Trade In Allowance $ | | Gross Trade In Allowance $ | (e) |
| Payoff Made by Seller $ | N/A (e) | Payoff Made by Seller $ | N/A (e) |
| Lienholder | | Lienholder | |

**LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED IN THIS CONTRACT.**

You assign to Seller all of your rights, title and interest in such trade-in vehicle(s). Except as expressly stated to Seller in writing, you represent that your trade-in vehicle is not involved in an accident, has not had any major body damage or required any major engine repair, and was not previously used as a taxicab, police vehicle, short term rental or is a vehicle that is rebuilt or assembled from parts, a kit car, a replica, a flood vehicle, or a manufacturer buy back.

Buyer Initials _____  Co-Buyer Initials _____

Trade-In Payoff Agreement: Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle to arrive at the trade-in payoff amount shown above and in Item 2 of the Itemization of Amount Financed as the Pay Off Made by Seller. You understand that the amount quoted is an estimate.
Seller agrees to pay the payoff amount shown above and in Item 2 to the lienholder or lessor of the trade-in vehicle, if so designated. If the actual payoff amount is more than the amount shown above and in Item 2 you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown above and in Item 2 Seller will refund to you any overage Seller receives from your prior lienholder or lessor. Except as stated in the "NOTICE" on the back of this contract, any assignee of this contract will not be obligated to pay the Pay Off Made by Seller shown above and in Item 2 or any refund.

Buyer Signature X _____  Co-Buyer Signature X _____

Returned Payment Charge: If any check or other payment instrument you give us is dishonored or any electronic payment you make is returned unpaid, you will pay a charge of $25 if the payment amount is $50 or less, $30 if the payment amount is over $50 but not more than $300, $40 if the payment amount is over $300 or such amount as permitted by law.

Florida documentary stamp tax required by law in the amount of $ _____ has been paid or will be paid directly to the Department of Revenue.
Certificate of Registration No. _____

You assign all manufacturer rebates and cash incentives used as a downpayment on this contract to seller. You agree to complete all documents required for assignment of rebates and incentives.

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on the reverse side of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.
Buyer Signs X _____  Co-Buyer Signs X _____

**SELLER'S RIGHT TO CANCEL** - If Buyer and Co-buyer sign here, the provisions of the Seller's Right to Cancel section on the back, which gives the Seller the right to cancel if Seller is unable to assign this contract within _____ days, will apply. If you fail to return the vehicle within 48 hours after receipt of the notice of cancellation, you agree to pay Seller a charge of $ _____ per day from the date of cancellation until the vehicle is returned or repossessed.
Buyer Signs X _____  Co-Buyer Signs X _____

## NO COOLING OFF PERIOD

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.  Buyer Signs X _____  Co-Buyer Signs X _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See back for other important agreements.

**NOTICE TO THE BUYER:** a) Do not sign this contract before you read it or if it contains any blank spaces. b) You are entitled to an exact copy of the contract you sign. Keep it to protect your legal rights.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read both sides of this contract, including the arbitration provision on the reverse side, before signing below. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _____  Date _____  Co-Buyer Signs X _____  Date _____
Co-Buyers and Other Owners - A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but

③

# COMPOSITE

# EXHIBIT "B"

# LARSON

1150 Ocean Ave (Route 88)
Lakewood, NJ 08701
Phone: (732) 363-8100
Fax   : (732) 370-4407

www.larsonford.com



**60790 ROD**

| NELSON/WANDA RODRIGUEZ | VEHICLE ID | MILES IN | MILES OUT | DATE/TIME IN | DATE OUT | INVOICE NO. |
|---|---|---|---|---|---|---|
| | 1F65F5DY0K0A04895 | 2782 | 2782 | 07/31/19 08:08 | 07/31/19 | 60790 |

| | VEHICLE DESCRIPTION | TAG NO. | STATUS |
|---|---|---|---|
| | 2019 FORD SUPER DUTY | 01713 | COMPLETE |

| CONTROL NO. | LICENSE PLATE NO. | CUST. LABOR RATE | PROD. DATE | IN-SERV. DATE | DELIV. DATE | DELIV. MILES | TERMS |
|---|---|---|---|---|---|---|---|
| 132073 | | VARY | | | | | No Charge |

| HOME PHONE | WORK PHONE | CELL PHONE | STOCK NO. | SERV. ADV. | PRINTS ON RO |
|---|---|---|---|---|---|
| | | | | JOHN KAISER (136) | |

DID YOU KNOW WE SERVICE ALL MAKES AND MODEL VEHICLES???
ASK YOUR SERVICE ADVISOR FOR DETAILS.
YOUR VEHICLE IS PARKED IN SPOT#

ASK ABOUT THE BENEFITS OF OUR PREFERRED CUSTOMER KEY TAG PROGRAM
AND RECEIVE FREE OIL AND FILTER CHANGE SERVICES.
WE OFFER LIFETIME WARRANTY ON MOTORCRAFT BRAKE PADS.

| Line | Op-Code | Fail Code | Tech | Hours | Type | Amount |
|---|---|---|---|---|---|---|
| A | TOW | | A24 | | Customer | $0.00 |

**Concern**   TOWED TO LARSON FORD. RV BROKE DOWN. HEAT SHIELD THAT WAS WELDED BROKE OFF AND FELL ON CHASSIS CAUSING A LOUD RATTLE SOUND. ONE HEAT SHIELD BROKE LOOSE AND REAR SHIELD IS LOOSE WHEN RIDING IN PASSENGER SIDE EXTREME HEAT COMING INTO RV. TEMPORARY CLAMP INSTALLED FOR TRANSPORT. ADVISE

**Cause**   verified shield on body pass floorboard is loose; exhaust is loose/rattling; refer to body conversion company for repair

Line Total...   $0.00

| B | 99P | | A24 | | Customer | $0.00 |
|---|---|---|---|---|---|---|

**Concern**   PERFORM FREE MULTI-POINT INSPECTION AS RECOMMENDED BY FORD MOTORCOMPANY.

**Correction**   PERFORMED FREE MULTI-POINT INSPECTION AS RECOMMENDED BY FORD MOTOR COMPANY.

Line Total...   $0.00

| Warranty Claim Type: F | Authorization Code: | Service Cont No: |
|---|---|---|

Totals

| | Amount |
|---|---|
| Total Amount Due: | $0.00 |
| Amount Due: | $0.00 |

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE

On behalf of servicing dealer, I hereby certify that the information contained hereon is accurate unless otherwise shown. Warranty services described were performed at no charge to owner. There was no indication from the appearance of the vehicle or otherwise that any part repaired or replaced under this claim had been connected in any way with any accident, negligence, or misuse. Records supporting this claim are available for (1) year from the date of payment notification at the servicing dealer for inspection by manufacturer's representative.

(SIGNED)   DEALER, GENERAL MANAGER OR AUTHORIZED PERSON
(DATE)

# COLONIAL RV

AIRSTREAM – ITASCA – ROADTREK
800.265.9019 • www.colonialrv.com

1121 Route 89
Lakewood, NJ 08701
(732) 367-4499
Fax (732) 369-5777

SERVICE DEPARTMENT HOURS
8:30 a.m. to 5:00 p.m.
Monday - Saturday
Closed Sunday

| | R.O. Open Date | R.O. Number |
|---|---|---|
| | 9/03/19 | 6046099/1 |
| | R.O Closed Date | Status |
| | 9/26/19 | Pre-Invoice |
| | Mileage In | Mileage Out |
| | 3388 | 3388 |
| | Service Advisor Name | |
| | Anthony Santani /2546 | |

RODRIGUEZ, NELSON
~~~~~~~~~~~~~
SANFORD FL 32773

| Work Phone | Vehicle Identification Number |
|---|---|
| | 1F65F5DY0K0A04895 |
| Home Phone | Delivery Date | In Service Date |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | WINNEBAGO | INTENT 29L | MH | | 10Y61815 |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| Email: sog835@aol.com | |

#1 - Customer Reports:
   CUST GETTING HEAT IN UNIT FROM MUFFLER. PANELS MOD
   IFIED BY WINNEBAGO SO FORD WILL NOT TOUCH
      Caused by
      TECH FOUND THE 2 FRONT HEAT SHIELDS ON THE
      PASSENGER SIDE OVER THE EXHAUST HAD BROKEN THE
      SPOT WELDS ALLOWING THEM TO HANG DOWN AND CONTACT
      THE EXHAUST.
   Tech: Tommy Sherwood (TS)          0.00hrs @ .00        Warranty
      THE TECH CLAMPED THE SHIELD INTO THE CORRECT
      POSITION AND THEN USED A MIG WELDER TO SECURE
      THEM INTO THE CORRECT POSITION. SEE ATTACHED

#2 - Customer Reports:
   DRIVERS SIDE WINDOW WONT SLIDE ALL THE WAY TO
   SECU
   RE WITH THE LOCK.
   MOVED TO R.O. 6046448
   Unrealized: WINDOW, CAB DRIVER          Qty: 1        Warranty

#3 - Customer Reports:
   WHEN REAR VENTS ARE ON CUST GETS A LOT OF SAW
   DUST
   ON THE BED
   MOVED TO R.O. 6046448

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in part shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanics lien is hereby acknowledged on above vehicle to secure the amount of repairs thereof."

DISCLAIMER OF WARRANTIES: Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

ALL W/HORSE & ISUZU PARTS
30% RETURN FEE.
10% RETURN FEE ON GM ONLY
SPECIALIST IN COMMERCIAL GMC TRUCKS
      THANK YOU

| LABOR | |
|---|---|
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS

X



**COLONIAL RV**

AIRSTREAM ~ ITASCA ~ ROADTREK
800.265.9019 • www.colonialrv.com

1121 Route 88
Lakewood, NJ 08701
(732) 367-4499
Fax: (732) 369-5777

SERVICE DEPARTMENT HOURS
8:30 a.m to 5:00 p.m.
Monday - Saturday
Closed Sunday

| | R/O Open Date | R/O Number |
|---|---|---|
| | 9/03/19 | 6046099/2 |
| | R/O Close Date | Status |
| | 9/26/19 | Pre-Invoice |
| | Mileage In | Mileage Out |
| | 3388 | 3388 |
| | Service Advisor / Tag # | |
| | Anthony Santani/2546 | |

RODRIGUEZ, NELSON

SANFORD, FL  32773

| Work Phone | Vehicle Identification Number |
|---|---|
| | 1F65F5DY0K0A04895 |
| Home Phone | Delivery Date | In-Service Date |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | WINNEBAGO | INTENT 29L | MH | | 10Y61815 |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|

#4 - Customer Reports:
    DOOR SWINGS OPEN , CUST BELIEVES ROD BROKE
    MOVED TO R.O. 6046448

-----------------------------------------------------------------

#5 - Customer Reports:
    NEAR OUTSIDE  REFRIGERATOR, LEFT CORNER THE
    RUBBER
    OR COVER IS SHORT, WOOD IS EXPOSED
    MOVED TO R.O. 6046448

-----------------------------------------------------------------

#6 - Customer Reports:
    JACK LEVEL NEEDS TO BE RE-CALIBRATED
    MOVED TO R.O. 6046448

-----------------------------------------------------------------

#7 - Customer Reports:
    FRONT DASH LOOSE VIBRATES BAD WHEN DRIVING
    MOVED TO R.O. 6046448

-----------------------------------------------------------------

#8 - Customer Reports:
    MOLDING AROUND THE INSIDE TV AREA CONSTANTLY
    SLIPP
    ING OUT OF PLACE
    MOVED TO R.O. 6046448

-----------------------------------------------------------------

#9 - Customer Reports:
    RADIO DOES NOT WORK , CANT GET SIGNAL

TERMS  STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter.  I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection.  An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES  Any warranties on the products sold hereby are these made by the manufacture. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

ALL W/HORSE & ISUZU PARTS
30% RETURN FEE
10% RETURN FEE ON GM ONLY
SPECIALIST IN COMMERCIAL GMC TRUCKS
        THANK YOU

LABOR

PARTS

DEDUCTIBLE

SUBLET

SHOP SUPPLIES

HAZARDOUS MATERIALS

SALES TAX OR TAX I.D.

SPECIAL ORDER DEPOSIT

DISCOUNTS

TOTAL DUE

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X



**COLONIAL RV**
AIRSTREAM ~ ITASCA ~ ROADTREK
800.265.9019 • www.colonialrv.com

1121 Route 88
Lakewood, NJ 08701
(732) 387-4499
Fax: (732) 369-5777

SERVICE DEPARTMENT HOURS
8:30 a.m. to 5:00 p.m.
Monday - Saturday
Closed Sunday

| R/O Open Date | R/O Number |
|---|---|
| 9/03/19 | 6046099/3 |
| R/O Close Date | Status |
| 9/26/19 | Pre-Invoice |
| Mileage In | Mileage Out |
| 3388 | 3388 |

Service Advisor / Tag #
Anthony Santani/2546

RODRIGUEZ, NELSON
SANFORD, FL  32773

| Work Phone | Vehicle Identification Number |
|---|---|
| | 1F65F5DY0K0A04895 |
| Home Phone | Delivery Date | In-Service Date |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | WINNEBAGO | INTENT 29L | MH | | 10Y61815 |

| DESCRIPTION OF SERVICE AND PARTS | | AMOUNT |
|---|---|---|
| Caused by | | |

THE TECH FOUND THAT THE RADIO HAD NO RECEPTION ON
ANY OF THE STATIONS. THE TECH REMOVED THE FACTORY
AND USED A TEST ANTENNA AND HAD ALL AVAILABLE
STATIONS. TECH INSPECETED THE RADIO ANTENNA AND
THE WIRE GOING FROM THE RADIO UP TO THE ANTENNA.
TECH FOUND THAT THE WIRE HAD A BREAK/FAULT IN IT.
IF YOU WOULD GRAB THE WIRE AT THE RIGHT SPOT AND
TWIST IT, RECEPTION WOULD BE RESTORED.

| | | |
|---|---|---|
| Tech: Tommy Sherwood(TS) | 0.00hrs @ .00 | Warranty |
| Installed: ANTENNA, RADIO | Qty: 1 | Warranty |
| Installed: CABLE, ANTENNA | Qty: 1 | Warranty |

TECH REMOVED THE OLD FAULTY WIRE AND REPLACED IT
WITH A NEW FACTORY SUPPLIED WIRE AND ANTENNA.
TECH HAD TO RUN THE WIRE UP UNDER THE DASH, UP
THE A PILLAR AND INTO THE TOP OVERHEAD
COMPARTMENT FINALLY REACHING THE ANTENNA BASE.
TECH THEN CHECKED THE SYSTEM AND REPORTS ALL
LOCAL STATIONS WERE COMING IN VERY CLEAR.

---

#10 -Customer Reports:
BUNK BED ABOVE DOES NOT RETRACT ALL THE WAY AND
RA
TTLES WHILE DRIVING
MOVED TO R.O. 6046448

---

#11 *Customer Reports:

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair
work hereinafter to be done along with the necessary material and agree that you are not respons-
ible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other
cause beyond your control or for any delays caused by unavailability of parts or delays in parts
shipments by the supplier or transporter. I hereby grant you or your employees permission to
operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing
and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure
the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by
the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, includ-
ing any implied warranty of merchantability or fitness for a particular purpose, and the seller neither
assumes nor authorizes any other person to assume for it any liability in connection with the sale of
said products. Any limitation contained herein does not apply where prohibited by law.

ALL W/HORSE & ISUZU PARTS
20% RETURN FEE
10% RETURN FEE ON GM ONLY
SPECIALIST IN COMMERCIAL GMC TRUCKS
         THANK YOU

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X



**COLONIAL RV**

AIRSTREAM ~ ITASCA ~ ROADTREK
800.265.9019 • www.colonialrv.com

1121 Route 88
Lakewood, NJ 08701
(732) 367-4499
Fax: (732) 369-5777

SERVICE DEPARTMENT HOURS
8:30 a.m to 5:00 p.m.
Monday - Saturday
Closed Sunday

| | R/O Open Date | R/O Number |
|---|---|---|
| | 9/03/19 | 6046099/4 |
| | R/O Close Date | Status |
| | 9/26/19 | Pre-Invoice |
| | Mileage In | Mileage Out |
| | 3388 | 3388 |
| | Service Advisor / Tag # | |
| | Anthony Santani/2546 | |

RODRIGUEZ, NELSON

SANFORD, FL  32773

| Work Phone | | Vehicle Identification Number |
|---|---|---|
| | | 1F65F5DY0K0A04895 |
| Home Phone | | Delivery Date | In-Service Date |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | WINNEBAGO | INTENT 29L | MH | | 10Y61815 |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|

CHECK WASTE SYSTEM , CUST SAYS SMELLS IN UNIT
MOVED TO R.O. 6046448

--------------------------------------------------

#12 *Customer Reports:
    wINTERIZE
    MOVED TO R.O. 6046448
      Sub Total: .00

--------------------------------------------------

#13 *Customer Reports:
    CUSTOMER WAS CONTACTED AND TOLD SAFETY ISSUES
    HAVE BEEN REPAIRED AND CUST. CAN TAKE UNIT IF
    THEY CHOOSE WHILE OTHER PARTS ARE BEING ORDERED.
    UNIT IS SAFE TO DRIVE.
**************************************************
*  RESALABLE PARTS MAY BE RETURNED WITHIN 30 DAYS AND MAY  *
*  BE SUBJECT TO A 20% RESTOCKING FEE. NO RETURNS ON       *
*  SPECIAL-ORDER OR ELECTRICAL PARTS.                      *
**************************************************

TERMS. STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE  "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter  I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection  An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES  Any warranties on the products sold hereby are those made by the manufacturer  The seller hereby expressly disclaims all warranties either express or implied including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products  Any limitation contained herein does not apply where prohibited by law

ALL W.HORSE & ISUZU PARTS
50% RETURN FEE
10% RETURN FEE ON GM ONLY
SPECIALIST IN COMMERCIAL GMC TRUCKS
  I THANK YOU

| | AMOUNT |
|---|---|
| LABOR | .00 |
| PARTS | .00 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D | .00 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | .00 |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X

# COLONIAL RV

AIRSTREAM · ITASCA · ROADTREK
800.265.9019 · www.colonial-rv.com

1121 Route 88
Lakewood, NJ 08701
(732) 367-4499
Fax (732) 369-5777

SERVICE DEPARTMENT HOURS
8:30 a.m. to 5:00 p.m.
Monday - Saturday
Closed Sunday

*RV Never left the shop, the closed out ticket & open another ticket*

| | | |
|---|---|---|
| R.O. Open Date | | R.O. Number |
| 9/26/19 | | 6046448/1 |
| R.O. Close Date | | Status |
| 11/01/19 | | Final |
| Mileage In | | Mileage Out |
| 3389 | | 3390 |
| Service Advisor / Tag | | |
| Anthony Santani /2546*W* | | |

RODRIGUEZ, NELSON
SANFORD, FL 32773

| | |
|---|---|
| Work Phone | Vehicle Identification Number |
| | 1F65F5DY0K0A04895 |
| Home Phone | Delivery Date | In Service Date |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | WINNEBAGO | INTENT 29L | MH | | 10Y61815 |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|

Email: sog835@aol.com

#1  Customer Reports:
     DRIVERS SIDE WINDOW WONT SLIDE ALL THE WAY TO
     SECURE WITH THE LOCK
        Caused by
        TECH FOUND THAT THE SLIDE CHANNEL FOR THE WINDOW
        GLASS WAS COLAPSED NOT ALLOWING THE WINDOW TO GO
        ALL THE WAY INTO THE CHANNEL. TECH STATES WINDOW
        ASSEMBLY NEEDS TO BE REPLACED.
     Tech: Tommy Sherwood (TS)              0.00hrs @ .00        Warranty
     Installed: WINDOW, CAB DRIVER          Qty: 1               Warranty
     TECH REPLACED THE WINDOW BY REMOVING THE INNER
     WINDOW TRIM AND ALSO PARTS OF THE DASH WERE THE
     WINDOW SCREWS WERE BLOCKED BY THE DASH. TECH THEN
     REINSTALLED USING SEALING TAPE AND SILICONE ON
     BROW.

#2  Customer Reports:
     WHEN REAR VENTS ARE ON , CUSTOMER GETS A LOT OF
     SAW DUST ON THE BED.
        Caused by
        tech reports that this is normal and some
        dust/debris will come out of the vents when the
        ac is on.
     Tech: Tommy Sherwood (TS)              0.00hrs @ .00        Warranty

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair
work hereinafter to be done along with the necessary material and agree that you are not respons-
ible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other
cause beyond your control or for any delays caused by unavailability of parts or delays in parts
shipments by the supplier or transporter.  I hereby grant you or your employees permission to
operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing
and/or inspection.  An express mechanic's lien is hereby acknowledged on above vehicle to secure
the amount of repairs thereto."

DISCLAIMER OF WARRANTIES.  Any warranties on the products sold hereby are those made by
the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, includ-
ing any implied warranty of merchantability or fitness for a particular purpose, and the seller neither
assumes nor authorizes any other person to assume for it any liability in connection with the sale of
said products.  Any limitation contained herein does not apply where prohibited by law.

ALL W/HORSE & ISUZU PARTS
30% RETURN FEE
10% RETURN FEE ON GM ONLY
SPECIALIST IN COMMERCIAL GMC TRUCKS.
         THANK YOU

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX or TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS

X

# COLONIAL RV

AIRSTREAM ~ ITASCA ~ ROADTREK
800.265.9019 • www.colonialrv.com

1121 Route 88
Lakewood, NJ 08701
(732) 367-4499
Fax (732) 369-5777

SERVICE DEPARTMENT HOURS
8:30 a.m. to 5:00 p.m.
Monday - Saturday
Closed Sunday

| | R/O Open Date | R/O Number |
|---|---|---|
| | 9/26/19 | 6046448/2 |
| | R/O Close Date | Status |
| | 11/01/19 | Final |
| | Mileage In | Mileage Out |
| | 3389 | 3390 |
| Service Advisor / Tag # | | |
| Anthony Santani/2546*W* | | |

RODRIGUEZ, NELSON

SANFORD, FL  32773

| Work Phone | Vehicle Identification Number |
|---|---|
| | 1F65F5DY0K0A04895 |
| Home Phone | Delivery Date | In-Service Date |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | WINNEBAGO | INTENT 29L | MH | | 10Y61815 |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| **#3 - Customer Reports:**<br>DOOR SWINGS OPEN AND PISTON FELL OFF<br> Caused by<br> TECH FOUND THAT THE DAMPNING ROD HAD UNSCREWED.<br>Tech: Tommy Sherwood (TS)      0.00hrs @ .00<br>TECH APPLIED LOCTITE AND RETHREADED DAMPNING ROD<br>TO CORRECT THE CONCERN. | Warranty |
| **#4 - Customer Reports:**<br>NEAR OUTSIDE REFRIGERATOR, LEFT CORNER THE<br>RUBBER OR COVER IS SHORT AND WOOD IS EXPOSED.<br> Caused by<br> tech found that the rubber trim was pushing on<br> the wall causing it to separate. tech intalled<br> screw on the back side of the wall to support the<br> force of the rubber trim.<br>Tech: Tommy Sherwood (TS)      0.20hrs @ 145.00 | Warranty |
| **#5 - Customer Reports:**<br>JACK LEVEL NEEDS TO BE RE-CALIBRATED<br> Caused by<br> tech found that the jacks would not level the<br> coach.<br>Tech: Tommy Sherwood (TS)      0.50hrs @ 145.00<br>tech completed a zero point calibration to the<br>leveling system. tech notes that for best results<br>the customer should also use leveling blocks | Warranty |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle, in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

ALL WHORSE & ISUZU PARTS:
30% RETURN FEE
10% RETURN FEE ON GM ONLY
SPECIALIST IN COMMERCIAL GMC TRUCKS
THANK YOU

| LABOR | |
|---|---|
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS**

X



**COLONIAL RV**

AIRSTREAM · ITASCA · ROADTREK
800.265.9019 · www.colonialrv.com

1121 Route 88
Lakewood, NJ 08701
(732) 367-4499
Fax (732) 367-5777

SERVICE DEPARTMENT HOURS
8:30 a.m. to 5:00 p.m.
Monday - Saturday
Closed Sunday

| | |
|---|---|
| R.O. Open Date | R/O Number |
| 9/26/19 | 6046448/3 |
| R.O. Close Date | Status |
| 11/01/19 | Final |
| Mileage In | Mileage Out |
| 3389 | 3390 |
| Service Advisor / Tag # | |
| Anthony Santani /2546*W* | |

RODRIGUEZ, NELSON
SANFORD, FL 32773

| | |
|---|---|
| Work Phone | Vehicle Identification Number |
| | 1F65P5DY0K0A04895 |
| Home Phone | Delivery Date / In Service Date |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | WINNEBAGO | INTENT 29L | MH | | 10Y61815 |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| under the jack especially the rear. | |

**#6 - Customer Reports:**
FRONT DASH LOOSE , VIBRATES BAD WHEN DRIVING
   Caused by
   dash rattles around radio when driving
Tech: Tommy Sherwood(TS)     0.00hrs @ .00    Warranty
secured

**#7 - Customer Reports:**
MOLDING AROUND INSIDE  TV AREA CONSTANTLY
SLIPPING OUT OF PLACE
   Caused by
   tech found the trim was loose on corner of wall
   at the tv.
Tech: Tommy Sherwood(TS)     0.30hrs @ 145.00   Warranty
tech installed trim nails in the corner to secure
to wall.

**#8 - Customer Reports:**
BUNK BED ABOVE  DOES NOT RETRACT ALL THE WAY AND
RATTLES WHILE DRIVING
   Caused by
   tech found that the bed was not retracting all
   the way causing noise while driving. the tech
   traced the issue to a voltage drop coming from
   the power panel going up the raise and lower

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereunder to be done along with the necessary material and agree that you are not responsible for lost or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

ALL WINDISE & ISUZU PARTS
30% RETURN FEE
10% RETURN FEE ON GM ONLY
SPECIALIST IN COMMERCIAL GMC TRUCKS
THANK YOU

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX or TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS

X

# COLONIAL RV

AIRSTREAM ~ ITASCA ~ ROADTREK
800.265.9015 · www.colonialrv.com

1121 Route 88
Lakewood, NJ 08701
(732) 367-4499
Fax (732) 369-5777

SERVICE DEPARTMENT HOURS
8:30 a.m. to 5:00 p.m.
Monday - Saturday
Closed Sunday

| | |
|---|---|
| R/O Open Date | 9/26/19 |
| R.O Number | 6046448/4 |
| R/O Close Date | 11/01/19 |
| Status | Final |
| Mileage In | 3389 |
| Mileage Out | 3390 |
| Service Advisor / Tag# | Anthony Santani/2546*W* |

RODRIGUEZ, NELSON
SANFORD, FL 32773

| | |
|---|---|
| Work Phone | |
| Vehicle Identification Number | 1F65F5DY0K0A04895 |
| Home Phone | |
| Delivery Date | |
| In Service Date | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | WINNEBAGO | INTENT 29L | MH | | 10Y61815 |

| DESCRIPTION OF SERVICE AND PARTS | | AMOUNT |
|---|---|---|
| relay in the drives side overhead locker, tech was unable to remedy the condition due to time constraints and winnebago tech support system being down. | | |
| Tech: Tommy Sherwood(TS) | 0.00hrs @ .00 | Warranty |
| **#9 - Customer Reports:** | | |
| CHECK WASTE SYSTEM, CUSTOMER SAYS IT SMELLS INSIDE UNIT | | |
| Tech: Tommy Sherwood(TS) | 0.00hrs @ .00 | |
| could not duplicate smell issue | | |
| Sub Total: .00 | | |
| **#10 - WINTERMH: WINTERIZE UNIT **MOTORHOME SPECIAL** $209.95CHECK ROOF, TIRE PRESSURE, LUBE ALL MOVING PARTS,CHECK BATTERIES, CHANGE BATTERIES FOR CO AND SMOKEDETECTORS. ADD RV ANTIFREEZE | | |
| Caused by | | |
| winnerization done. | | |
| Tech: Tommy Sherwood(TS) | 1.50hrs | 185.00 |
| Hazardous Materials Charge | | 1.50 |
| Sub Total: 186.50 | | |
| VIP 10% DISCOUNT | | -18.50 |

**************************************
* RESALABLE PARTS MAY BE RETURNED WITHIN 30 DAYS AND MAY *
* BE SUBJECT TO A 20% RESTOCKING FEE. NO RETURNS ON *

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control, or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

ALL W/HORSE & ISUZU PARTS.
33% RETURN FEE
10% RETURN FEE ON GM ONLY.
SPECIALIST IN COMMERCIAL GMC TRUCKS
THANK YOU

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS



# COLONIAL RV

AIRSTREAM ~ ITASCA ~ ROADTREK
800.265.9019 • www.colonialrv.com

1121 Route 88
Lakewood, NJ 08701
(732) 367-4499
Fax: (732) 369-5777

**SERVICE DEPARTMENT HOURS**
8:30 a.m. to 5:00 p.m.
Monday - Saturday
Closed Sunday

| R/O Open Date | R/O Number |
|---|---|
| 9/26/19 | 6046448/5 |
| R/O Close Date | Status |
| 11/01/19 | Final |
| Mileage In | Mileage Out |
| 3389 | 3390 |

Service Advisor / Tag #
Anthony Santani/2546*W*

RODRIGUEZ, NELSON

SANFORD, FL  32773

| | Work Phone | Vehicle Identification Number |
|---|---|---|
| | | 1F65F5DY0K0A04895 |
| | Home Phone | Delivery Date | In-Service Date |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | WINNEBAGO | INTENT 29L | MH | | 10Y61815 |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| * SPECIAL-ORDER OR ELECTRICAL PARTS. * | |
| ********************************************** | |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES: Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

ALL WHOKSE & ISUZU PARTS
30% RETURN FEE
10% RETURN FEE ON GM ONLY
SPECIALIST IN COMMERCIAL GMC TRUCKS
        THANK YOU

| | AMOUNT |
|---|---|
| LABOR | 185.00 |
| PARTS | .00 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | 1.50 |
| SALES TAX OR TAX I.D. | 12.36 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | -18.50 |
| TOTAL DUE | 180.36 |
| VISA/MC  001952 | 180.36 |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

# EXHIBIT "C"

## *Cremeens Law Group PLLC*

5100 West Kennedy Boulevard
Suite 270
Tampa, Florida 33609

ph. (813) 839-2000
fax (813) 839-3500

Patrick J. Cremeens, Esq.
Managing Partner
patrick@cremeenslaw.com

Jeanne M. Cremeens, Esq.
jeanne@cremeenslaw.com

Blake J. Fredrickson, Esq.
blake@cremeenslaw.com

Orlando F. Amador, Esq.
orlando@cremeenslaw.com

Samantha A. Koempel, Esq.
samantha@cremeenslaw.com

November 25, 2019

**Via Regular U.S. Mail and
Certified U.S. Mail, Return
-Receipt Requested, Tracking No.
7019 1120 0001 1157 6965**
Winnebago, Inc.
P.O. Box 152
Forest City, IA 50436

Re:     Rodriguez, Wanda and Nelson
        2019 Winnebago Intent
        VIN: 1F65F5DY0K0A04895

Dear Sir or Madam,

Please be advised that this law firm represents Wanda and Nelson Rodriguez regarding Lemon Law and warranty claims for the above-referenced vehicle. Enclosed please find a Motor Vehicle Defect Notification for same. Please contact my office at 813-839-2000 to coordinate the final repair attempt. Thank you in advance for your anticipated assistance with this matter.

Sincerely yours,

SKoempel #1018865 for,

Patrick J. Cremeens, Esq.

enclosures ~ as indicated

cc:     Office of the Attorney General
        Lemon Law Research Unit
        The Capitol
        Tallahassee, Florida 32399-1050

## Motor Vehicle Defect Notification

(Please print clearly in ink. If you do not wish to receive letters or other written solicitations from private attorneys, check below)

☒ **I DO NOT WISH TO RECEIVE WRITTEN SOLICITATION MATERIALS FROM AN ATTORNEY**

Pursuant to the Florida Lemon Law, notice is given to the manufacturer as follows:

☒      **The vehicle has been out of service at least 15 days to repair one or more substantial defects.**

☒      **3 or more repair attempts have been made to repair the same substantial defect or condition.**

Description of continuing defect(s) or condition(s) Heat shield fell off while driving, excessive heat emanating from under dash, exhaust is loose, floorboard is loose, interior trim is coming loose, driver's side window does not lock in place, the pump in the entrance screen door fell off and the door swings loose, sawdust emanating from rear vents, leveling jack imbalance, radio not working, and a sewage scent permeates the cabin.

            **(NOTE: this is not a complete list; the manufacturer should ascertain all repair information.)**

I am requesting that you make a final attempt to correct the continuing substantial defect(s) or condition(s):

Vehicle Make **Winnebago**      Model **Intent**      Year **2019**

VIN **1 / F / 6 / 5 / F / 5 / D / Y / 0 / K / 0 / A / 0 / 4 / 8 / 9 / 5 /** Date of Delivery **July 11, 2019**

Name and City/State of selling dealer or leasing company (if applicable) **La Mesa RV Center, Sanford, Florida**

Name and City/State of authorized service agent(s) attempting previous repairs: **Larson Ford, Lakewood, New Jersey**

| | |
|---|---|
| Consumer   Wanda Rodriguez and Nelson Rodriguez | Home phone(   813 ) 839-2000 |
| Address     c/o Cremeens Law Group PLLC | Work phone (   813 ) 839-2000 |
|          5100 West Kennedy Boulevard, Suite 270 | Signature _EXCempED for Consumer_ |
|          Tampa, Florida 33609 | Date Mailed _11/25/2019_   (   ) |